ACCEPTED
05-15-01274-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/30/2015 1:01:57 PM
LISA MATZ
CLERK

Appellate Docket Number: 05-15-01274- CR

Appellate Case Style: Style: Randall Charles Plowman

Vs. State of Texas

Companion Case:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

10/30/2015 1:01:57 PM

LISA MATZ
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Randall | ☒ Lead Attorney |
| Middle Name: Charles | First Name: Lara |
| Last Name: Plowman | Middle Name: E. |
| Suffix: | Last Name: Bracamonte |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained   ☐ Public Defender |
| | Firm Name: Lara E. Bracamonte, Attorney at Law |
| | Address 1: 101 W. Louisiana St. |
| | Address 2: Ste. 208 |
| | City: McKinney |
| | State: Texas   Zip+4: 75069 |
| | Telephone: (214) 931-8397   ext. |
| | Fax: (214) 504-1274 |
| | Email: bracamontelaw@gmail.com |
| | SBN: 24051662 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: 

Middle Name: 

Last Name: 

Suffix: 

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond: 

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: John

Middle Name: 

Last Name: Rolater

Suffix: 

☐ Appointed          ☒ District/County Attorney

☐ Retained          ☐ Public Defender

Firm Name: Collin County District Attorney

Address 1: 2100 Bloomdale Rd

Address 2: Ste. 20004

City: McKinney

State: Texas          Zip+4: 75071

Telephone: (972) 548-4323          ext. 

Fax: 

Email: jrolater@co.collin.tx.us

SBN:           Add Another Appellee/ Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: July 16, 2015

Offense charged: Possession of Child Pornography

Date of offense: April 2, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 19, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☒ Yes  ☐ No   If yes, date filed: August 14, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed: 

Other: ☐ Yes ☐ No          If yes, date filed: 

If other, please specify: 

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA     If yes, date filed: August 17, 2015

Date of hearing:           ☒ NA

Date of order: August 17, 2015     ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA     If granted or denied, date of ruling: August 17, 2015

## VIII. Trial Court And Record

Court: 219th District Court

County: Collin County

Trial Court Docket Number (Cause no):    219-81701-2014

Trial Court Judge (who tried or disposed of the case):

First Name:    Scott

Middle Name:    J.

Last Name:    Becker

Suffix:

Address 1:    2100 Bloomdale Rd.

Address 2:    Ste. 20132

City:    McKinney

State:    Texas          Zip + 4:    75071

Telephone:    (972) 548-4402        ext.

Fax:

Email:    219@collincountytx.gov

Clerk's Record:

Trial Court Clerk:    ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes    ☐ No

If yes, date requested:    August 19, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes    ☐ No    ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes    ☐ No

Was reporter's record requested?    ☒ Yes    ☐ No

Was the reporter's record electronically recorded?    ☒ Yes    ☐ No

If yes, date requested:    August 19, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes    ☐ No    ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name:    Indu

Middle Name:

Last Name:    Bailey

Suffix:

Address 1:    2100 Bloomdale Rd

Address 2:    Ste. 20132

City:    McKinney

State:    Texas          Zip + 4:    75071

Telephone:    (972) 548-4402        ext.

Fax:

Email:    ibailey@collincountytx.gov

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [                    ]                    Court: [                    ]

Style: [                    ]

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)            Date: October 30, 2015

_____         State Bar No: 24051662

Printed Name:

Electronic Signature: Lara E. Bracamonte        Name: Lara E. Bracamonte
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on October 30, 2015 .

_____

Signature of counsel (or pro se party)        Electronic Signature: Lara E. Bracamonte
                           (Optional)

                           State Bar No.: 24051662

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
             (1) the date and manner of service;
             (2) the name and address of each person served, and
             (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: October 30, 2015

Manner Served: Email

First Name: John

Middle Name:

Last Name: Rolater

Suffix:

Law Firm Name: Collin County District Attorney

Address 1: 2100 Bloomdale Rd.

Address 2: Ste. 20004

City: McKinney

State Texas                    Zip+4: 75071

Telephone: (972) 548-4323      ext.

Fax:

Email: jrolater@collin.co.tx.us